IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**EMANUEL DEVOSE**                                                                       **PLAINTIFF**

**VS.**                 **CASE NO. 2:08CV00161 JMM**

**STEPHEN V. LANE**                                                    **DEFENDANT**

**ORDER**

Pending before the Court is the Appointed Counsel's Application for Reimbursement of Out of Pocket Expenses (#47). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court to disburse money from the Library Fund in the amount of $762.13 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED THIS  25  day of   November , 2009.

                                                                                                James M. Moody
                                                                                                United States District Judge